UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIBBY AMMON

VERSUS

DILLARD'S DEPARTMENT
STORE #68

CIVIL ACTION

NO. 13-764-SDD-RLB

## RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 13, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the $\underline{5}$ day of May, 2015.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 14.
[3] Rec. Doc. 10.